**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CRISTINE REYNAERT (SBN 240476)
creynaert@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant
SUNTRUST MORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GUZMAN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.; BARCLAYS BANK DELAWARE; BAYVIEW LOAN SERVICING, LLC; SUNTRUST MORTGAGE, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:15-cv-00269-BLF-NC<br>*Assigned to Judge Beth Labson Freeman and Magistrate Judge Nathanael M. Cousins*<br><br>**STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>Complaint Filed: December 10, 2014 |

**WHEREAS**,

1. A Settlement Conference is scheduled in this matter for June 9, 2015 at 9:30 a.m. before Magistrate Judge Nathanael M. Cousins;

2. The parties have been engaged in good faith settlement discussions and would like additional time to pursue those discussions outside of Court without incurring the additional time and cost expenditures necessary for the Settlement Conference;

3. The parties have communicated with the Courtroom Deputy to the Hon. Judge Cousins, who indicated that the date of June 30, 2015 is available and appropriate for the rescheduling of the Settlement Conference (upon approval by this Court);

4. The parties therefore respectfully request a continuance of the Settlement Conference to June 30, 2015 at 9:30 a.m.

**IT IS HEREBY STIPULATED:**

The parties agree to continue the Settlement Conference to June 30, 2015 at 9:30 a.m. and request such from this Court.

Dated: June 3, 2015                    DOLL AMIR & ELEY LLP

By   */s/ Hunter R. Eley*
       Hunter R. Eley
Attorneys for Defendant
SUNTRUST MORTGAGE, INC.

Dated: June 3, 2015                    SAGARIA LAW, P.C.

By   */s/ Elliot W. Gale* (w/ permission)
       Elliot W. Gale
Attorneys for Plaintiff
FRANCISCO GUZMAN

///

| | | |
|---|---|---|
| 1 | Dated: June 3, 2015 | BLANK ROME LLP |
| 2 | | |
| 3 | | By   */s/ Todd A. Boock* (w/ permission)<br>         Todd A. Boock |
| 4 | | Attorneys for Defendant<br>BAYVIEW LOAN SERVICING, LLC |

STIPULATION CONTINUING SETTLEMENT CONFERENCE

**ORDER CONTINUING SETTLEMENT CONFERENCE**

Good cause having been shown, the Settlement Conference scheduled for June 9, 2015 is continued, and shall be held on June 30, 2015 at 9:30 a.m. in Courtroom 7, 4th Floor, 280 South First Street, San Jose, California.

**PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

Dated:   June 3, 2015                    By  _____
                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge



STIPULATION CONTINUING SETTLEMENT CONFERENCE