**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CRISTINE REYNAERT (SBN 240476)
creynaert@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel:  310.557.9100
Fax: 310.557.9101

Attorneys for Defendant
SUNTRUST MORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GUZMAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.; BARCLAYS BANK DELAWARE; BAYVIEW LOAN SERVICING, LLC; SUNTRUST MORTGAGE, INC., and DOES 1 through 100, inclusive,<br><br>　　　Defendants. | Case No. 1:15-cv-00269-BLF-NC<br>*Assigned to Judge Beth Labson Freeman and Magistrate Judge Nathanael M. Cousins*<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT SUNTRUST MORTGAGE, INC.'S MOTION TO DISMISS COMPLAINT**<br><br>~~[Proposed]~~ *Order filed concurrently herewith]*<br><br>Complaint Filed: December 10, 2014<br>Current Hearing Date:  June 11, 2015<br>Proposed Hearing Date:  August 27, 2015 |

DOLL AMIR & ELEY LLP

Plaintiff Francisco Guzman ("Plaintiff"), by and through his counsel of record, Elliot W. Gale, Esq. of Sagaria Law, P.C., and Defendant SunTrust Mortgage, Inc. ("SunTrust"), by and through its counsel of record, Hunter R. Eley, Esq. of Doll Amir & Eley LLP, hereby submit this stipulation to continue the hearing date for Defendant Suntrust Mortgage, Inc., Motion To Dismiss Complaint ("Motion to Dismiss").

**WHEREAS:**

1.      Plaintiff filed the Complaint in this adversary proceeding on December 10, 2014;

2.      Plaintiff served the Complaint on SunTrust Mortgage, Inc., with a Notice of Acknowledgement and Receipt, which was signed and returned to Plaintiff's counsel on December 29, 2014;

3.      SunTrust filed its Motion to Dismiss on March 4, 2015;

4.      The hearing on the Motion to Dismiss is currently on calendar for June 11, 2015 at 9:00 a.m.

5.      The parties have been engaged in good faith settlement discussions and would like additional time to pursue those discussions prior to moving forward with Motion practice;

6.      Counsel for SunTrust has communicated with the Courtroom Deputy to the Hon. Beth Labson Freeman regarding the next available hearing date and has reserved August 27, 2015 for the rescheduled Motion to Dismiss hearing (pending approval by this Court);

7.      The parties therefore respectfully request that the Motion to Dismiss currently scheduled to be heard on June 11, 2015 at 9:00 a.m. be continued to August 27, 2015 at 9:00 a.m.

///

///

///

DOLL AMIR & ELEY LLP

1

1   **NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

2    The hearing date for SunTrust's Motion to Dismiss Plaintiff's Complaint be

3   continued from June 11, 2015 at 9:00 a.m. to August 27, 2015 at 9:00 a.m.

4

5   Dated: June 10, 2015     DOLL AMIR & ELEY LLP

6

7            By */s/ Hunter R. Eley*

           Hunter R. Eley

8            Attorneys for Defendant

         SUNTRUST MORTGAGE, INC.

9

10   Dated: June 10, 2015     SAGARIA LAW, P.C.

11

12            By */s/ Elliot W. Gale* (w/ permission)

           Elliot W. Gale

13            Attorneys for Plaintiff

14            FRANCISCO GUZMAN

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOLL AMIR & ELEY LLP

2

**[PROPOSED] ORDER CONTINUING MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Good cause having been shown, the Motion to Dismiss Plaintiff's Complaint scheduled for June 11, 2015 at 9:00 a.m. is continued, and shall be held on August 27, 2015 at 9:00 a.m. in the San Jose Courthouse, Courtroom 3 - 5th Floor, 280 South 1st Street, San Jose, CA 95113.

**PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

Dated: June 10, 2015                              By

BETH LABSON FREEMAN
United States District Judge

DOLL AMIR & ELEY LLP