**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CRISTINE REYNAERT (SBN 240476)
creynaert@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant
SUNTRUST MORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GUZMAN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX, INC.; BARCLAYS BANK DELAWARE; BAYVIEW LOAN SERVICING, LLC; SUNTRUST MORTGAGE, INC., and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 1:15-cv-00269-BLF-NC<br>*Assigned to Judge Beth Labson Freeman and Magistrate Judge Nathanael M. Cousins*<br><br>**STIPULATION AND [PROPOSED] ORDER ON STIPULATION CONTINUING SETTLEMENT CONFERENCE**<br><br>Complaint Filed: December 10, 2014 |

**WHEREAS**,

1. A Settlement Conference is scheduled in this matter for June 30, 2015 at 9:30 a.m. before Magistrate Judge Nathanael M. Cousins;

2. This Court previously ordered that a Settlement Conference was to be held on or before June 30, 2015;

3. There is a hearing on a Motion to Dismiss brought by Defendant SunTrust Mortgage, Inc. scheduled for August 27, 2015 at 9:00 a.m.;

4. The parties are currently engaged in good faith settlement discussions and would like additional time to pursue those discussions outside of Court without incurring the additional time and cost expenditures necessary for a Settlement Conference at this time;

5. The parties have contacted the Courtroom Deputy to the Hon. Judge Cousins to request August 27, 2015 at 1:00 p.m. for the rescheduled Settlement Conference date/time so that it may be held on the same day as the hearing for SunTrust Mortgage, Inc.'s Motion to Dismiss;

6. The parties therefore respectfully request a continuance of the Settlement Conference to August 27, 2015 at 1:00 p.m.

**IT IS HEREBY STIPULATED:**

The parties agree to continue the Settlement Conference to August 27, 2015 at 1:00 p.m. and request such from this Court.

Dated: June 23, 2015                          DOLL AMIR & ELEY LLP

                                              By   */s/ Hunter R. Eley*
                                                   Hunter R. Eley
                                              Attorneys for Defendant
                                              SUNTRUST MORTGAGE, INC.

///

///

1  Dated: June 23, 2015         SAGARIA LAW, P.C.

2

3                               By   */s/ Joseph Angelo* (w/ permission)
                                     Joseph Angelo
4                               Attorneys for Plaintiff
                                FRANCISCO GUZMAN
5

6

7  Dated: June 23, 2015         BLANK ROME LLP

8                               By   */s/ Todd A. Boock* (w/ permission)
                                     Todd A. Boock
9                               Attorneys for Defendant
10                              BAYVIEW LOAN SERVICING, LLC

DOLL AMIR & ELEY LLP

STIPULATION CONTINUING SETTLEMENT CONFERENCE

**[~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE**

Good cause having been shown, the Settlement Conference scheduled for June 30, 2015 is continued, and shall be held on August 27, 2015 at 1:00 p.m. in Courtroom 7, 4th Floor, 280 South First Street, San Jose, California.

**PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

Dated: June 29, 2015       By: _____



GRANTED
Judge Nathanael M. Cousins
United States District Court, Northern District of California