UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO GUZMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYVIEW LOAN SERVICING, LLC, et al.,<br><br>    Defendants. | Case No. 15-cv-00269-BLF<br><br>**ORDER TERMINATING MOTION AND VACATING MOTION HEARING; SETTING DEADLINE FOR STATUS STATEMENT OR STIPULATION OF DISMISSAL** |

The Court is in receipt of plaintiff Francisco Guzman's August 25, 2015 Notice of Settlement with defendants Bayview Loan Servicing, LLC, and Suntrust Mortgage, Inc., the only remaining defendants in this case. ECF 48. In light of this development, the Court hereby TERMINATES Suntrust's pending motion to dismiss (ECF 19) and VACATES the August 27, 2015 hearing date on that motion.

The parties shall file a joint stipulation of dismissal by **October 15, 2015.** If a stipulation cannot be filed by that date, the parties shall instead file a joint status statement advising the Court regarding the status of settlement.

**IT IS SO ORDERED.**

Dated: August 25, 2015

_____
BETH LABSON FREEMAN
United States District Judge